### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| A'NYA ARIJE, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-02566 |
| § | |
| NATIONAL CORE AFFORDABLE § | |
| HOUSING, § | |
| § | |
| *Defendant*. § | |

## MEMORANDUM AND RECOMMENDATION

This matter in which Plaintiff is appearing pro se is before the Court on Plaintiff's second Application to Proceed In District Court Without Prepaying Fees or Costs.[1]  ECF 5.  For the reasons below, the Court recommends that the Application be DENIED.

A party seeking to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915 must submit an affidavit that includes a statement of her assets, the nature of the action, and her belief that she is entitled to redress.  28 U.S.C. § 1915(a)(1).  Plaintiff first submitted an IFP application on July 17, 2023.  ECF 2.  The July 17 application states that Plaintiff earns $8,000 per month, drives an Audi 2021 Q5 valued at $28,000, owns jewelry valued at $2,500.00, has monthly expenses of $5,241.00

---

[1] The District Judge referred the case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Federal Rule of Civil Procedure 72.  ECF 4.

(which includes $600 for childcare and $613 for car payments). ECF 2. The District Judge denied the application because it "discloses sufficient income to pay required costs." ECF 3. Plaintiff has now filed a second application, seeking reconsideration because she has additional expenses for the upkeep of her mother's and grandmother's houses and buying them groceries. ECF 5. However, the total monthly expenses listed on the second IFP application are $4,946.00, less than the total expenses listed on the first IFP application. In any event, both IFP applications identify monthly expenses significantly less than Plaintiff's monthly income, and Plaintiff has not shown good cause to reconsider the Court's prior order denying IFP status. The Court therefore

**RECOMMENDS** that Plaintiff's second Application to Proceed Without Prepaying Fees of Costs (ECF 3) be **DENIED**. The Court further

**RECOMMENDS** that this case be **DISMISSED WITHOUT PREJUDICE unless Plaintiff pays the required filing and court administrative fee totaling $402.00 within 14 days of an Order adopting this Memorandum and Recommendation.**

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(C). Failure to file written objections within the time period provided will bar an aggrieved party from attacking

2

the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on July 28, 2023, at Houston, Texas.

                                               Christina A. Bryan
                                               United States Magistrate Judge