United States District Court
Southern District of Texas
**ENTERED**
September 11, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| A'NYA ARIJE, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-02491 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| NATIONAL CORE | § | |
| AFFORDABLE | § | |
| HOUSING, | § | |
| Defendant. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff A'nya Arije filed a complaint *pro se* and an application to proceed *in forma pauperis*. Dkts 1 & 2. The court denied her application to proceed *in forma pauperis* and then referred this matter for disposition to Magistrate Judge Christina A. Bryan. Dkts 3 & 4.

Plaintiff filed a second application to proceed *in forma pauperis*. Dkt 5. Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan recommending that the application to proceed *in forma pauperis* again be denied and recommending that this case be dismissed unless Plaintiff pays the filing and administrative fee within 14 days. Dkt 7.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there is no objection if satisfied that no clear error appears on the face of the record. See *Guillory v*

*PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 7.

However, the docket sheet now reflects that Plaintiff timely paid the required fee on August 9, 2023. As such, this case remains open. Likewise, the Scheduling and Docket Control Order entered August 2, 2023 remains in place.

SO ORDERED.

Signed on September 7, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge