United States District Court
Southern District of Texas
**ENTERED**
June 17, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| A'NYA ARIJE., | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:23-cv-02491 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| NATIONAL CORE | § | |
| AFFORDABLE | § | |
| HOUSING, | § | |
| Defendant. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

Plaintiff filed a "Complaint for a Civil Case Alleging Negligence" on July 7, 2023. Dkt 1. The matter was referred for pretrial management to Magistrate Judge Christina A. Bryan. Dkt 4.

Pending is a Memorandum and Recommendation by Magistrate Judge Christina A. Bryan recommending that this case be dismissed with prejudice because Plaintiff's Fifth Amended Complaint fails to state a plausible claim for relief. Dkt 40.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d

1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

Plaintiff filed Objections to the Memorandum and Recommendation. Dkt 41. Plaintiff doesn't state a specific objection to any conclusion of the Magistrate Judge, but states only that she "strongly disagrees" and has been denied justice.

Upon *de novo* review and determination, Plaintiff's objections lack merit. The Memorandum and Recommendation clearly details the pertinent facts and correctly applies controlling law.

The objections by Plaintiff to the Memorandum and Recommendation of the Magistrate Judge are OVERRULED. Dkt 41.

No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 40.

The Court will issue a separate Final Judgment.

SO ORDERED.

Signed on June 17, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge